UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:25-cv-21509-WPD

YUMEI SHI,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY INJUNCTION

This cause is before the Court on Plaintiff Yumei Shi's Renewed Motion for Preliminary Injunction (DE 89) (the "Motion") against Defendant Dao Fei (#5) ("Defendant"). The Court has considered the Motion, Defendant Dao Fei's Response in Opposition (DE 90), Plaintiff's Reply in Support of Renewed Motion for Preliminary Injunction (DE 91), the declarations and exhibits submitted in support of the Motion, the operative pleadings, the record in this case, and is otherwise fully advised in the premises.

Having considered the evidence and the arguments, the Court grants the Plaintiff's Renewed Motion for Preliminary Injunction in its entirety against the Defendant. A Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. The evidence submitted in support of this Motion, and in support of the Plaintiff's previously granted Motion for a Temporary Restraining Order. establishes that the Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that the Plaintiff will suffer irreparable harm if the injunction is not granted.

Moreover, Plaintiff has a strong probability of proving at trial that consumers are likely to be confused by the Defendant's advertisement, promotion, sale, offer for sale, or distribution of goods bearing reproductions, or colorable imitations of the products using the Plaintiff's copyrighted Work.

Further, the potential harm to the Defendant in restraining his trade in infringing goods if a preliminary injunction is issued is far outweighed by the potential harm to the Plaintiff, her reputation, and the value of her artwork and products, if such relief is not issued. The public interest favors issuance of the preliminary injunction to protect the Plaintiff's copyright interests and protect the public from being defrauded by the passing off of infringing goods as the Plaintiff's genuine goods.

In light of the inherently deceptive nature of the Defendant's business, and the likelihood that the Defendant has violated federal copyright laws, Plaintiff has good reason to believe the Defendant will hide or transfer his ill-gotten assets beyond the jurisdiction of this Court unless the restraint of those assets is ordered.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

The Motion (DE 89) is **GRANTED.** The Court will enter a Renewed Preliminary Injunction by separate order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 14th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record