**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:25-cv-21509-WPD**

**YUMEI SHI**,

     Plaintiff,

vs.

**THE INDIVIDUALS, PARTNERSHIPS**
**AND UNINCORPORATED**
**ASSOCIATIONS IDENTIFIED ON**
**SCHEDULE "A",**

     Defendant.

_____/

## PRELIMINARY INJUNCTION

This cause is before the Court on the Order Granting Plaintiff's Renewed Motion for Preliminary Injunction, entered separately today. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Defendant, DAO FEI, his officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendant, DAO FEI, having notice of this Order are hereby restrained and enjoined during the pendency of this case:

    a.  From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Copyrighted Works, or any confusingly similar works, other than those actually manufactured or distributed by the Plaintiff; and

    b.  From secreting, concealing, destroying, selling off, transferring, or otherwise

disposing of: (i) any products, not manufactured or distributed by plaintiff, bearing and/or using the Copyrighted Works, or any confusingly similar works; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using the Copyrighted Works, or any confusingly similar works; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, Defendant, DAO FEI, including, but not limited to, any assets held by or on behalf of Defendant, DAO FEI; and

    c.  From copying, displaying, distributing, or creating derivative works of Plaintiff's copyright.

2.    Defendant, DAO FEI, his officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of Plaintiff's copyright or substantially similar work, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs. This Order is limited to Defendant, DAO FEI's, listings using Plaintiff's copyright or substantially similar work, on or in connection with all Internet based ecommerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs, and does not apply to the Defendant, DAO FEI's, entire ecommerce stores.

3.    Defendant, DAO FEI, his officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendant, DAO FEI, having notice of this Order shall immediately discontinue, until further Order of this Court, the use of

Plaintiff's copyright or substantially similar work, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Internet based e-commerce stores registered, owned, or operated by Defendant, DAO FEI, including the Internet based e-commerce stores operating under the Seller IDs.

4.      Defendant, DAO FEI, shall not transfer ownership of the Seller IDs during the pendency of this action, or until further order of the Court.

5.      Defendant, DAO FEI, shall continue to preserve copies of all computer files relating to the use of any of the Seller IDs and shall take all steps necessary to retrieve computer files relating to the use of the Seller IDs that may have been deleted before the entry of this Order.

6.      Upon receipt of notice of this Order, Defendant, DAO FEI, and all financial institutions, payment processors, banks, escrow services, money transmitters, and marketplace platforms, including but not limited to, Amazon.com,Walmart.com and Temu.com and their related companies and affiliates shall, to the extent not already done, (i) immediately identify all financial accounts and/or sub-accounts, associated with the Internet based ecommerce stores operating under the Seller IDs, store numbers, infringing product numbers, and/or the e-mail addresses identified on Schedule "A" to the Complaint, as well as any other accounts of the same customer(s); (ii) identify all other accounts which transfer funds into the same financial institution account(s) or any of the other financial accounts subject to this Order; (iii) restrain the transfer of all funds, as opposed to ongoing account activity, held or received for their benefit or to be transferred into their respective financial accounts, and any other financial accounts tied thereto; and (iv) immediately divert those restrained funds to a holding account for the trust of the Court.

7.     Upon receipt of notice of this Order, Defendant, DAO FEI, and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms receiving notice of this Order, shall further, to the extent not already done, provide Plaintiff's counsel with all data that details: (i) an accounting of the total funds restrained and identify the financial account(s) and sub-account(s) which the restrained funds are related to; (ii) the account transactions related to all funds transmitted into the financial account(s) and sub-account(s) which have been restrained; and (iii) the historical sales for the Defendants' listings that are alleged to infringe Plaintiff's copyrights.

8.     No funds restrained by this Order shall be transferred or surrendered by Defendant, DAO FEI, financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of this Court.

9.     Defendant, DAO FEI, whose funds are restrained by this Order may not transfer said funds in possession of any financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website restrained by this Order to any other financial institution, payment processor, bank, escrow service, money transmitter or marketplace website without the express authorization of this Court.

10.     Defendant, DAO FEI, or any financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out in this Order.

11.     This Order shall apply to the Seller IDs, associated e-commerce stores and websites, and any other seller identification names, e-commerce stores, websites, or financial accounts which are being used by Defendant, DAO FEI, for the purpose of copying or using in any way Plaintiff's Copyright.

12.     This Preliminary Injunction shall remain in effect during the pendency of this case and until further Order of the Court.

## BOND

The Court determines that the bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00) previously posted by the Plaintiff continues to be sufficient and shall remain with the Court until a final disposition or until this Preliminary Injunction is dissolved or terminated.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 14th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to
Counsel of record

## SCHEDULE A

| No. | Platform | Shop Name | Seller ID | ASIN |
| --- | --- | --- | --- | --- |
| 5 | Amazon | Dao Fei | AWYWBVDB1O5BL | B07L3Q9DB4 |
| | | | | B08H5DX973 |
| | | | | B07L3PSRN7 |
| | | | | B0891SC2J8 |